COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| SONAM SHARMA, | § | No. 08-24-00056-CV |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER EL PASO, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2023DCV3227) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for failure to pay the filing fee or show an excuse from payment. We therefore dismiss the appeal. We further order that Appellant pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF APRIL 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.